OPINION — AG — ** HOUSING AUTHORITY — POWERS (AUTHORITY) ** UNDER 63 O.S. 1971 1051 [63-1051], ET SEQ., THE LOCAL HOUSING AUTHORITY MAY ACCEPT AN EXISTING HOUSING APARTMENT COMPLEX IF IT IS DONATED TO THE LOCAL HOUSING AUTHORITY WITHOUT A REFERENDUM BALLOT ABSENT A PETITION AND ELECTION TO DISCONTINUE CONSTRUCTION OF ADDITIONAL PUBLIC HOUSING PROJECTS PURSUANT TO 63 O.S. 1971 1056 [63-1056] CITE: 63 O.S. 1971 1055 [63-1055] (DONALD B. NEVARD)